UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,

     Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEPHEN J. WARNER, HARRY
Z. ROSENGART, RICHARD BERMAN,
ROBERT B. SHAPIRO and GLENN E. NEDWIN,

     Defendants.

_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80993-CIV-DIMITROULEAS

JEFF JORGENSEN, individually and on
behalf of all others similarly situated,

     Plaintiff,

vs.

DYADIC INTERNATIONAL, INC., MARK
A. EMALFARB, and WAYNE MOOR,

     Defendants.

_____/

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61544-CIV-DIMITROULEAS

DAVID HANLIN, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

DYADIC INTERNATIONAL, INC., MARK
A. EMALFARB, WAYNE MOOR, STEPHEN
J. WARNER, HARRY Z. ROSENGART,
RICHARD J. BERMAN, ROBERT B SHAPIRO
AND GLEN E. NEDWIN,

      Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81068-CIV-DIMITROULEAS

MARDY IRBY, individually and on behalf
of all others similarly situated,

      Plaintiff,

vs.

DYADIC INTERNATIONAL, INC.,
MARK A. EMALFARB, and WAYNE
MOOR,

      Defendants.

_____/

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81105-CIV-DIMITROULEAS

STEVEN J. MILES, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

DYADIC INTERNATIONAL, INC., and
MARK A. EMALFARB,

      Defendants.

_____/

**ORDER CONSOLIDATING THE ACTIONS AND ADMINISTRATIVELY
CLOSING CASE NUMBERS 07-80993-CIV, 07-61544-CIV, 07-81068-CIV, 07-81105-CIV**

THIS CAUSE is before the Court upon Bruce Lee and Nick Marchese's Motion to

Consolidate Cases [DE7 in 07-80948], Capital Max, Inc's Motion to Consolidate Cases [DE 9 in

07-60948], David Hanlin and Michael Miller's Motion to Consolidate Cases [DE 11 in 07-

80948], Arab Banking Corp.'s Motion to Consolidate Cases [DE 13 in 07-80948] and Olav C.

Holst's Motion to Consolidate Cases [DE 16 in 07-80948].[1]  The Court has carefully considered

these motions, notes that the Defendant does not oppose the relief requested, and is otherwise

fully advised in the premises.

In the above-captioned actions, Plaintiffs have alleged the same operative facts against

the same basic group of Defendants.  Therefore, the above-captioned actions are hereby

consolidated into one action (hereinafter, the "Consolidated Action") for all purposes, pursuant to

---

[1] Many of these motions also request appointment of lead plaintiff and approval of lead counsel.  The Court will address this relief in a separate order.

3

Rule 42(a) of the Federal Rules of Civil Procedure.  This Order shall apply as specified to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or transferred to this Court and is consolidated with the Consolidated Action.

Every pleading filed in the Consolidated Action shall have the following caption:

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,

     Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEPHEN J. WARNER, HARRY
Z. ROSENGART, RICHARD BERMAN,
ROBERT B. SHAPIRO and GLENN E. NEDWIN,

     Defendants.

_____/

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.  Bruce Lee and Nick Marchese's Motion to Consolidate Cases [DE7 in 07-80948] is hereby **GRANTED**;

2. Capital Max, Inc's Motion to Consolidate Cases [DE 9 in 07-80948] is hereby **GRANTED**;

3. David Hanlin and Michael Miller's Motion to Consolidate Cases [DE 11 in 07-80948]

4

is hereby **GRANTED**;

4. Arab Banking Corp.'s Motion to Consolidate Cases [DE 13 in 07-80948] is hereby **GRANTED;**

5. Olav C. Holst's Motion to Consolidate Cases [DE 16 in 07-80948] is hereby **GRANTED**;

2. The cases numbered 07-80993-CIV-DIMITROULEAS, 07-61544-CIV-DIMITROULEAS, 07-81068-CIV-DIMITROULEAS, and 07-81105-CIV-DIMITROULEAS are hereby consolidated into one action, case number 07-80948-CIV-DIMITROULEAS;

2. The Clerk shall administratively close case numbers 07-80993-CIV-DIMITROULEAS, 07-61544-CIV-DIMITROULEAS, 07-81068-CIV-DIMITROULEAS, and 07-81105-CIV-DIMITROULEAS;

3. All pending motions in regard to case numbers 07-80993-CIV-DIMITROULEAS, 07-61544-CIV-DIMITROULEAS, 07-81068-CIV-DIMITROULEAS, and 07-81105-CIV-DIMITROULEAS shall be **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of December 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

5

copies furnished to:

Joseph E. White, III, Esq.
Maya S. Saxena, Esq.
Adam M. Moskowitz, Esq.
Laurence Rosen, Esq.
Michael J. Pucillo, Esq.
Jay W. Eng, Esq.
Jules Brody, Esq.
Mark Levine, Esq.
Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Jason M. Leviton, Esq.
Raquel M. Fernandez, Esq.
Joseph E. White, III, Esq.
Julie P. Vinale, Esq.
Kenneth J. Vinale, Esq.

Copies furnished to:


Magistrate Judge Torres

Maya S. Saxena, Esq.

Marc A .Topaz, Esq.

Paul J. Geller, Esq.

Samuel H. Rudman, Esq.

Kenneth J. Vianale, Esq.

Curtis R. Cowan, Esq.

Stanley H. Wakshlag, Esq.

Tariq Mundiya, Esq.