UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on behalf
of all others similarly situated,

Magistrate Judge Rosenbaum

      Plaintiff,

vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEPHEN J. WARNER, HARRY Z.
ROSENGART, RHCIARD J. BERMAN,
ROBERT B. SHAPIRO and GLENN E. NEDWIN,

      Defendants.
_____/

## PRO HAC VICE ORDER

THIS CAUSE is before the Court upon the Motions for Limited Appearance, of Andrew

D. Lazerow, Esq., Arthur A. Impasato, Esq. and Peter Unger, Esq. and Requests to Electronically

Receive Notices of Electronic Filing [DEs 78, 79 & 80] to appear on behalf of Defendant Mark

A. Emalfarb.  The Court has carefully considered the Motions, and is otherwise fully advised in

the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motions for Limited

Appearance, of Andrew D. Lazerow, Esq., Arthur A. Impasato, Esq. and Peter Unger, Esq. and

Requests to Electronically Receive Notices of Electronic Filing [DEs 78, 79 & 80] to appear on

behalf of Defendant Mark Emalfarb are hereby **GRANTED**.  The Court notes the filing of three

$75.00 checks made payable to the Clerk, United States District Court.  Out of state (or district)

counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply

for admission to the bar of this Court.  The fee will cover *pro hac vice* admission in this case

only.  In addition, the Court notes that Mr. Lazerow, Mr. Impastato, and Mr. Unger have certified

that they have studied and familiarized themselves with the local rules of this Court.

The Court reserves the power to withdraw permission for special appearance prior to and

during the time of trial.  Failure to abide by any Court order <u>or</u> failure to appear at any scheduled

matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must

be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

30th day of April, 2008.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record