UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,

    Magistrate Judge Rosenbaum

    Plaintiff,

vs.

DYADIC INTERNATIONAL, INC., MARK
A. EMALFARB, STEPHEN J. WARNER,
HARRY Z. FOZENGART, RICHARD J.
BERMAN, ROBERT B. SHAPIRO AND
GLENN E. NEDWIN,

    Defendants.
_____/

### ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

    THIS CAUSE is before the Court upon the Defendant Dyadic International, Inc.'s Notice of Substitution of Counsel [DE 86]. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Defendant Dyadic International, Inc.'s Notice of Substitution of Counsel [DE 86] is hereby **APPROVED**;

    2. David W. Trench, Esq. is hereby substituted as counsel of record for Defendant, and Raquel M. Fernandez Esq. is hereby relieved any further responsibility in the above-captioned matter.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

counsel of record