UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on behalf
of all others similarly situated,

        Magistrate Judge Rosenbaum

    Plaintiff,
vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEPHEN J. WARNER, HARRY Z.
ROSENGART, RHCIARD J. BERMAN,
ROBERT B. SHAPIRO and GLENN E. NEDWIN,

    Defendants.
_____/

## PRO HAC VICE ORDER

ThIS CAUSE is before the Court upon the Motion for Limited Appearance, of Martin F. Cunniff, Esq. and Request to Electronically Receive Notices of Electronic Filing [DE 99] to appear on behalf of Defendants Mark A. Emalfarb.  The Court has carefully considered the Motions, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion for Limited Appearance, of Martin F. Cunniff, Esq. and Request to Electronically Receive Notices of Electronic Filing [DE 99] to appear on behalf of Defendants Mark A. Emalfarb is hereby **GRANTED**.  The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court.  Out of state (or district) counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply for admission to the bar of this Court.  The fee will cover *pro hac vice* admission in this case only.  In addition, the Court notes that Mr. Cunniff has certified that he has studied and familiarized himself with the local rules of this Court.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record