UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,                    Magistrate Judge Rosenbaum

    Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEVEN J. WARNER, HARRY Z.
ROSENGART, RICHARD J. BERMAN, ROBERT
B. SHAPIRO, and GLENN E. NEDWIN,

    Defendants.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon the Defendant Stephen J. Warner's Notice for Substitution of Counsel, filed herein on September 9, 2008.  [DE-108].  The Court has carefully considered the Notice and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Defendant Stephen J. Warner's Notice for Substitution of Counsel [DE-108] is hereby **GRANTED**.

2.  The law firm of Holland & Knight, LLP is hereby relieved of any further responsibility of representing Defendant Stephen J. Warner in this matter.  The clerk is directed to remove Holland & Knight, LLP as attorneys of record for Defendant Stephen J. Warner and to substitute in its place Peter Unger, Esq., Martin F. Cunniff, Esq., and Andrew D. Lazerow, Esq. of the firm Howrey LLP as attorneys of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Tracy Nichols, Esq.
Peter Unger, Esq.
John Trimper, Esq.