UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,                    Magistrate Judge Rosenbaum

    Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC.,
MARK A. EMALFARB, STEVEN J.
WARNER, HARRY Z. ROSENGART,
RICHARD J. BERMAN, ROBERT B.
SHAPIRO, GLENN E. NEDWIN,
WAYNE MOOR, and RUFUS GARDNER

    Defendants.
_____/

## ORDER ON MOTION TO QUASH SERVICE OF PROCESS ON RUFUS K. GARDNER, SR.

THIS CAUSE is before the Court upon Rufus K. Gardner, Sr.'s Notice to the Court [DE 119]. The Notice indicates that a summons was issued to Rufus K. Gardner, Sr. of Winona, MS, who is not a party to this case. The Court will treat this Notice as a Motion to Quash Service. The Court has carefully considered this Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause on or before September 30, 2008 why service of process on Rufus K. Gardner, Sr. should not be quashed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

counsel of record