UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,                               Magistrate Judge Rosenbaum

      Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC.,
MARK A. EMALFARB, STEVEN J.
WARNER, HARRY Z. ROSENGART,
RICHARD J. BERMAN, ROBERT B.
SHAPIRO, GLENN E. NEDWIN,
WAYNE MOOR, and RUFUS GARDNER

      Defendants.
_____/

## ORDER TO QUASH SERVICE OF PROCESS ON RUFUS K. GARDNER SR.

      THIS CAUSE is before the Court upon Rufus K. Gardner, Sr.'s Notice to the Court [DE 119]. The Notice indicates that a summons was issued to Rufus K. Gardner, Sr. of Winona, MS, who is not a party to this case. The Court treated this Notice as a Motion to Quash Service and issued an Order requiring the Plaintiff to show cause why service should not be quashed. On September 30, 2008, Plaintiff Capital Max, Inc. responded by stating that service was made on Rufus K. Gardner, Sr. in error, and that they do not oppose quashing service. The Court has carefully considered this Motion, the Plaintiff's Response [DE 123], and being otherwise fully advised in the premises, it is:

      **ORDERED AND ADJUDGED** as follows:

1.      The Motion to Quash Service [DE 119] is hereby **GRANTED**;

2.Service of process purportedly served on September 13, 2008, is hereby quashed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of September, 2008.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Rufus K. Gardner, Sr.
904 Westland Drive
Winona, MS 38967