UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,                    Magistrate Judge Rosenbaum

     Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC.,
MARK A. EMALFARB, STEVEN J.
WARNER, HARRY Z. ROSENGART,
 RICHARD J. BERMAN, ROBERT B.
SHAPIRO, WAYNE MOOR, and
RUFUS GARDNER,

     Defendants.

_____/

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR WAYNE MOOR, RICHARD BERMAN, AND HARRY ROSENGART TO MOVE TO DISMISS SECOND AMENDED COMPLAINT

THIS CAUSE is before the Court upon the Defendants' Unopposed Motion to Extend

Deadline for Wayne Moor, Richard Berman and Harry Rosengart to Move to Dismiss Second

Amended Complaint [DE 159] filed on January 16, 2009.  The Court has carefully considered the

Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendants' Unopposed Motion to Extend Deadline for Wayne Moor, Richard

Berman and Harry Rosengart to Move to Dismiss Second Amended Complaint [DE 159] is

hereby **GRANTED**;[1]

---

[1] The Court notes that it has already granted one such extension for these Defendants on this matter, and does not anticipate granting another.

2.  Defendants  Wayne Moor, Richard Berman and Harry Rosengart shall file a Motion to Dismiss or a responsive pleading to Plaintiff's Second Amended Consolidated Class Action Complaint [DE 150] on or before January 28, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of January, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record