# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| MICHAEL MILLER, Individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 07-80948-CIV-DIMITROULEAS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DYADIC INTERNATIONAL, INC., RICHARD J. BERMAN, MARK A. EMALFARB, RUFUS GARDNER, WAYNE MOOR, HARRY Z. ROSENGART, and STEPHEN J. WARNER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF ADAM J. MORGAN IN OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1.      I am the Vice President General Counsel & Business Development of Dyadic International, Inc. ("Dyadic") and joined Dyadic in this position on January 20, 2009. I swear out this affidavit based on my knowledge in serving Dyadic in such capacity.

2.      Dyadic was incorporated in Delaware in September 2002 under its former name, CCP Worldwide, Inc. ("CCP Worldwide"). Dyadic holds all of the outstanding stock of Dyadic International (USA), Inc., a Florida corporation ("Dyadic-Florida"). The predecessor of Dyadic-Florida was founded in 1979 and Dyadic-Florida was a privately held corporation until October 2004 when it merged with and became a wholly owned subsidiary of CCP Worldwide, a publicly-traded Delaware corporation. CCP Worldwide then changed its name to "Dyadic International, Inc."

3.      Both before and after becoming a public company, Dyadic-Florida, and later, Dyadic, raised capital through multiple private transactions whereby Dyadic-Florida or Dyadic issued various derivative and non-derivative equity securities to institutional and other investors. For example, in December 2006, Dyadic consummated a private placement of its common stock and warrants to purchase its common stock with institutional investors for gross proceeds of

approximately $13 million. This type of private investment in the public equity securities of a company is commonly known as a "PIPE" transaction. Pursuant to the Securities Purchase Agreement entered into between Dyadic and the investors in this PIPE transaction, Dyadic was required to register the shares of its common stock purchased by the investors and to keep such registration continuously effective. Following the suspension of Dyadic's stock from trading on the AMEX and its disclosure in April 2007 that its previously filed registration statements could no longer be relied upon, Dyadic paid certain investors in this PIPE Transaction approximately $1.1 million as liquidated damages in accordance with the terms of the Securities Purchase Agreement.

4.      To my knowledge, Dyadic's common stock was first quoted on the OTC Bulletin Board ("OTC BB") under the symbol, "DYAD" on November 5, 2004. On May 26, 2005, Dyadic's stock was listed and began trading on the American Stock Exchange ("AMEX") under symbol, "DIL."

5.      To my knowledge, based on public-available Bloomberg trading data, the average trading volume of Dyadic's stock on the OTC BB between October 29, 2004 and May 26, 2005 was approximately 183,000 shares per week. As reported in Dyadic's Form 10-KSB for the year ended December 31, 2004, as of April 8, 2005, there were 22,241,105 shares of Dyadic common stock outstanding.

6.      To my knowledge, no securities analysts covered or wrote research reports on Dyadic until September 22, 2005 when Sanders Morris Harris issued a report initiating coverage. Attached hereto as **Exhibit A** is a copy of that report. Another securities analyst, Cantor Fitzgerald, initiated coverage of Dyadic on October 17, 2006. To my knowledge, Sanders Morris and Cantor Fitzgerald are the only securities analysts who covered Dyadic between October 29, 2004 and April 23, 2007.

7.      To my knowledge, based on public-available Bloomberg trading data, the average trading volume when Dyadic's common stock traded on the AMEX (May 26, 2005 to April 23, 2007) was over 400,000 shares per week. As reported in Dyadic's Form 10-KSB for the fiscal

year ended December 31, 2006, as of March 28, 2007, Dyadic had 29,939,375 shares outstanding.

**SUBSCRIBED AND SWORN TO** before me on this 18th day of March, 2010.

DYADIC INTERNATIONAL, INC.

By: _____
      Name:  Adam J. Morgan
      Title:  Vice President General Counsel &
               Business Development

STATE OF FLORIDA
COUNTY OF PALM BEACH
The foregoing instrument was acknowledged
before me this *19* day of *MAR*, 20*10*, by
*ADAM MORGAN* who is personally known
to me or who has produced acceptable identification.

_____

_____
Notary Public

_____
Printed Name Of Notary

_____
My Commission Expires

HEIDI ZOSIAK
MY COMMISSION EXPIRES
JAN 15, 2011
#DD938759
Bonded Through 1st State Insurance
NOTARY PUBLIC, STATE OF FLORIDA

3

# Exhibit 1



# SANDERS MORRIS HARRIS

# Dyadic International, Inc. (DIL/AMEX)

*September 22, 2005*

*Initiating Coverage with a Buy Rating and $3.75 Price Target*

| | |
|---|---|
| Recent Price: | $2.48 |
| Price Target: | $3.75 |
| 52-Week Range: | $4.05 - $1.87 |
| DJIA: | 10,378.0 |

David Yuschak, CFA
(214) 750-2419
David.Yuschak@smhgroup.com
Recommendation: Buy

| Estimates (Dec.) | 2005E | 2006E | 2007E |
|---|---|---|---|
| EPS (Diluted) | ($0.42) | ($0.25) | ($0.05) |
| P/E | NM | NM | NM |
| % EPS Change | NM | NM | NM |
| Dividend Rate | None | | |
| Dividend Yield | None | | |

**Please refer to page 12 of this report for important SMH disclosures. The valuation methods used by SMH to determine the price target for this security, along with the risks, are detailed within this report.**

| Investment Profile | June 2005 |
|---|---|
| Share Base (mm) | 22.0 |
| Daily Trading Volume | 20,600 |
| Market Value ($mm) | $54.6 |
| Book Value per Share | $0.91 |
| Price/Book | 2.6x |
| ROE (%) | NM |
| Leverage (%) | 15.2% |
| Est. 5-Year EPS Growth | 30% |
| Institutional Ownership | 10.9% |
| Insider Ownership | 52.6% |

## Investment Logic

- For various reasons, industrial biotechnology has not lived up to investors' expectations. Based on advances in molecular biology, we believe that second-generation technology/solutions are positioning the industry to enjoy strong growth over the next five years.

- Relative to health care, industrial biotech is an orphan waiting for adoption. At $2.0 billion, it is 5% the size of the health care industry. We believe higher raw material costs will force manufacturers to increasingly look at biotech solutions as a low-cost alternative.

- Dyadic spent more than $40 million (or more than $1.00 a share) on its C1 fungus platform. This under-commercialized spending has attractive opportunities developing in the pulp & paper and animal feed markets.

**Analyst Recommendations & Price Target**

See footnote in the disclosure section of this report.

SB=Strong Buy

B=Buy/Outperform

H=Hold

S=Sell/Underperform



**Dyadic International, Inc.**

# RESEARCH

**Dyadic International, Inc.**                                                          **Sanders Morris Harris**

## Recommendation and Price Target

We believe the industrial biotechnology industry is poised, over the next several years, to realize the potential that has been expected of it over the past ten years. Dyadic, which has been successful with its enzyme products for the textile industry, has several attractive products for the pulp & paper industry that should aid it in broadening its revenue stream. Accelerated growth for DIL's enzyme segment will be an important factor in mitigating its cash burn. It will also help DIL fund R&D for its bioscience segment.

We are initiating coverage of Dyadic with a Buy rating and 12-month price target of $3.75. Because of the company's limited operating history, we believe the stock is only appropriate for high risk-tolerant investors. In our opinion, the company has substantial potential in an industry known for high growth. That opportunity is built around a scalable platform that can generate superior returns on capital. Management is spending in key areas to ramp the potential of an under-commercialized asset base, its C1 technology platform. At $3.75, the stock sells at 5.6 times our 2006 sales estimate of $21 million, a sales forecast that could prove conservative should the company land major new customers. For 2007, we are projecting revenue of $31 million. Our 2005 EPS estimate is a loss of $0.42 and our 2006 EPS projection is a loss of $0.25. Our 2005 cash burn estimate of $9.0 million declines to a $5.0 million burn in 2006 and a modest burn in 2007.

## Investment Thesis

Advances in molecular biology, technological advances for biotechnology tools such as high-throughput screening, and strong demand for increasingly scarce resources are beginning to have a major influence on the demand for biological solutions, whether for pharmaceutical or industrial applications. Bottlenecks in protein production have long been a problem for pharmaceutical solutions, while competition from industrial chemicals has been an effective alternative to enzyme products in the manufacturing environment. Biotechnology companies that can aid in solving these long-term problems are well positioned to enjoy accelerating growth over the next five years.

## Dyadic's Value Investment Thesis

- Relative to health care, industrial biotechnology is an orphan waiting for adoption. At $2.0 billion, the industry is only 5% the size of the health care industry. Because of higher raw material costs, we believe manufacturers will increasingly look to alternative solutions that biotechnology, with its technology advances, can offer.
- Dyadic spent more than $40 million (or more than $1.00 per share) on its Chrysosporium lucknowense (C1) fungus over the fast seven years. It is producing $0.13 a share of gross profits, pretax. Dyadic is spending aggressively on research & development and sales & marketing to monetize its C1 technology platform.

- Dyadic's technology platform has been developed internally, with no goodwill on the company's balance sheet for acquired businesses. Nor has the company taken any write-offs for acquired R&D.
- Dyadic has not historically had significant access to the capital markets. As a result, it has been the company's strategy to be prudent in spending on developing its technology.

## Dyadic's Growth Investment Thesis

- For various reasons, industrial biotechnology has not lived up to expectations. Second-generation technology/solutions are positioning the industry to enjoy strong growth over the next five years.
- The company has enjoyed strong top-line growth over the past few years without the benefit of excess liquidity to fund the growth. Its capital-raising efforts in 2004 are being used to boost its top-line prospects and to expand its product capabilities.
- DIL has been developing an integrated solution from discovery to application using its C1 fungus as the core for product development.
- While Dyadic's potential for industrial biotechnology solutions, particularly for the pulp & paper market, look strong over the next two to three years, its biosciences segment, with additional research and development support, could emerge with a strong product offering for the pharmaceutical industry, longer term.

## Common Stock Performance

Prior to January 28, 2005 (the effective date of Dyadic's common stock registration), DIL's common stock had limited marketability. The registration statement related to the company's October 2004 $25.2 million private placement of equity at $3.33 per share. The stock closed at $3.70 on the effective date of the registration. Since the SEC filing, the stock has struggled due, in part, to its limited financial history, its status as an early stage biotechnology company, and limited visibility to the investment community; the company came public in a reverse merger. While the various biotechnology stock indices have performed well this year, DIL's stock return over the past six months ranks it in the bottom quintile of returns in the biotechnology group. Part of the stock's weakness was due to the outsized equity offering and the overhang created by the offering. Another factor has been investors' lack of interest in early stage biotechnology stocks. As we discuss later in the report, DIL's cash burn over the first six months of the year relative to its cash position reflects investor concerns about the capital needs of an early stage biotechnology company.

## Valuation

Given its limited history as a public company, Dyadic has no historical valuation benchmarks that investors can use to assess the company's worth. Peer analysis, particularly in reference to industrial biotechnology companies, is also

**Dyadic International, Inc.**                                                                 **Sanders Morris Harris**

limited since few publicly traded U.S.-based companies have a significant industrial enzymes business as their base. Finally, biotechnology stocks have generally traded on the potential of their research & development efforts and the potential profitability of the companies' revenues.

Because of the interest in biotechnology, a large number of companies (235 companies with revenue) are listed in this industry by Standard & Poor's. The average enterprise value-to-sales for this group is 57.6 times. We believe enterprise value-to-sales represents an excellent valuation benchmark for this group based on investors' expectations of high revenue growth and the long-term, high-operating margin potential from the value these companies expect to achieve for their research & development expenditures. Dyadic's current enterprise value-to-sales ratio is 2.6 times – which puts the valuation at the lowest 15% of biotech companies. Cash, an element of enterprise value, is 55.6% of total assets for the biotech group, compared to 59% for Dyadic.

## Company Profile

Headquartered in Jupiter, Florida, Dyadic is an early stage biotechnology company that developed its patented technology platform, the C1 Expression System, to create, manufacture, and sell enzymes, other proteins, peptides, and other bio-molecules. C1 is Dyadic's patented fungus, Chrysosporium lucknowense. As DIL validates its proprietary technology via the sale of its own products, it will also have the potential to license the technology for other applications. While Dyadic has other enabling proprietary fungal strains, its C1 Expression System for protein development is the company's primary growth driver. What makes Dyadic's proprietary technology interesting is the novel platform upon which it is based – a fungal solution for both protein development and large-scale production. C1 is demonstrating an extraordinary ability to produce large volumes of proteins at a low cost of goods.

Industrial biotechnology has traditionally depended on bacteria and yeast as the platform for protein generation. These systems, in several instances, have had difficulty producing sufficient quantities of affordable protein. Producing adequate supplies of protein for a particular application is one of the major challenges facing the market today. It is one of the primary reasons for the high level of interest in alternative protein expression technologies such as Dyadic's C1 Expression System as laboratory tools and production host organisms. DIL's technology represents an important opportunity to help solve some of the current protein bottlenecks.

## The C1 System

In search of an enzyme solution for the textile industry's blue-jeans market (most catalysts are proteins that are made by translating or expressing genes, the basic unit of heredity), Dyadic, working with Moscow State University, came across the C1 strain – a filamentous fungus isolated from alkaline soil in Russia. The strain was isolated for its ability to naturally produce neutral/alkaline cellulases for use in textile applications. From that initial find, Dyadic, through a series of standard mutagenesis and screenings, improved the productivity of this fungus by 200-fold its cellulase yields. A key characteristic of this fungus is its ability to be cultured and grown in miniature wells for producing sufficient quantities of protein to evaluate, as well as in large commercial fermentors to generate high-protein yields for application trials and commercial sale. The technology is covered by granted and pending U.S. and international patents.

## Developmental History of the C1 Platform

As with any biotechnology company, focused research and development is crucial to increasing the odds of success. In addition to its internal research and development for the C1 platform, Dyadic collaborated with Moscow State University, the Russian Academy of Sciences, TNO Quality of Life Research Institute, The Netherlands, and Bio-Technical Resources, Manitowoc, Wisconsin. We estimate that Dyadic has invested in excess of $40 million in developing its technologies, inclusive of its C1 Host Technology and its global infrastructure. Below is a timeline for the development of C1.

1994- Wild fungus, C1, isolated from alkaline soil in Far Eastern Russia.

1995- Initiated research program to develop a commercial higher-yielding improved strain and fermentation process for the production of neutral cellulases from C1.

1996- 100-fold increase in target enzyme production achieved. Scaled up C1 manufacturing process to 150,000 liters.

1997- Commercial launch of neutral cellulase product. Initiated program to develop genetic tools for inserting and expressing genes in C1. Achieved additional three-fold improvements in neutral cellulose enzyme yield to C1 strain and process.

1998- Granted first of three U.S. Patents on C1 fungus, U.S. 5811381 (Cellulase compositions and methods of use). Cloned first genes from C1. Isolated first genetically marked strains of C1.

1999- Continued gene cloning and marked strain improvement. First protease-reduced production strains of C1 isolated.

2000- Granted U.S. patent 6015707 (treating cellulosic materials with cellulases from Chrysosporium). Began development of C1 High-Throughput Screening (HTS) system. Entered into agreement with TNO for joint development of HTS System. Filed patent application for HTS in filamentous fungi.

2001- Initial proof-of-concept demonstrated for fungal HTS

2002- Purchase and installation of robotics. Established Dyadic Nederland BV, first recombinant commercial product developed.

2003- Two recombinant commercial products commercialized. Granted U.S. patent 6572086 (Transformation System in the Field of Filamentous Fungal Hosts).

**Dyadic International, Inc.**                                    **Sanders Morris Harris**

2004- Continued development of improved host-vector systems. Isolation of protease genes and disruption of proteases. Safety and toxicity assessment for C1 enzyme preparation completed.

2005- Developed next-generation C1 host strains; continued making progress in the development of the C1 Screening System; sequenced the C1 genome; identified novel genes; new enzyme products and processes in various stage of development; implemented transcriptomics methods in C1 development program and other R&D initiatives for further refinement of C1 in progress.

## The Opportunities for C1

If successful, the C1 Expression System has applications in both the industrial and pharmaceutical biotechnology industries. Initially, the company's focus is on the development of industrial applications. While much of the company's revenue is generated from enzymes for the textile industry, it has begun to market applications for the pulp & paper and animal feed markets. Success in these markets will validate the company's technology, as well as furnish the cash flows to re-invest into the company's potential for products that address bio-pharmaceutical industry needs.

## A Snapshot of the Industrial Biotechnology Industry

By any measure, the Industrial Biotechnology Industry is an orphan when compared to biotechnology for the healthcare industry. Industrial biotechnology produced an estimated $2 billion in revenue worldwide in 2004, versus estimates of $40 billion for health care. While the industry has held great promise, it has not been able to translate that promise into substantial economic reality. To date, the applications for industrial biotechnology have been of limited use and include such processes as "stone washing" jeans, boosting the cleaning power of detergents, food, and feed modifications, and producing Vitamin B2. It is becoming more important in the production of fuel ethanol from corn and wheat. Industrial biotechnology has a decided edge in improving the environment when compared to the harsher chemicals used by industrial processes worldwide, but the price tag and savings to convert users to these processes have not been adequate enough to produce change.

One of the barriers to adoption of biotechnology processes in industry has been the restraint on protein production. Industrial users buy by the ton, in contrast to healthcare, which buys by the gram or kilogram. This restraint has tended to keep the price of enzymes relatively high on a historical basis. Even with the potential for a few points of cost savings, changing the culture of the industrial process has been an inhibiting factor. Recent advances in molecular biology, with the aid of high throughput screening, are producing a new generation of enzymes. Many of the newer enzymes are designed to drop into the industrial process without disrupting production. In the past, users would have to spend millions to accommodate the use of enzymes.

Food and animal feed represent the largest users of enzymes, with detergents and cleaners a distant second. Following these two major market opportunities, with much smaller volumes, are chemicals, textiles, and pulp and paper. It is estimated that less than 10% of the paper manufacturers are using enzymes today. Given the mature nature of the food and detergents markets, overall growth in enzymes is likely to grow no more than 4%-5%. More attractive growth opportunities will likely emerge for specialty enzymes and for applications in industries that have not been major users of enzymes, e.g., pulp and paper.

Enzyme users currently operate in more advanced markets of North America, Western Europe, and Japan. With the development of major manufacturing centers in China, India, South Korea, and Taiwan, usage is likely to expand into these markets longer term.

International companies have dominated industrial biotechnology with very little presence among U.S. companies. The top companies in this industry are Novozymes and Danisco, both headquartered in Denmark. These two companies have an estimated 75% of the market for enzymes, with Novozymes having 50% of the total market. Danisco acquired U.S. based-Genencor in January 2005 for a total value of $1.2 billion (including shares Danisco already owned). This represented the largest transaction in industrial biotechnology in several years. The Chief Executive Officer of Danisco, Alf Duch-Pedersen, commented that the acquisition would "...broaden our access to an important new business area, industrial enzymes."

The combination of advancements in enzyme technology and sharply rising pricings for commodities, in particular, energy, is leading to increased interest in industrial solutions created from biotechnology. The increased scarcity of resources, as demonstrated by the sharp rise in commodities, is presenting opportunities for industrial biotechnology, not only to generate savings to the user, but also to potentially offer alternatives in the form of bio-fuels to produce energy. The recent energy bill supports such bio-fuels development. We find the Danisco acquisition of Genencor also of interest. As a major producer of food ingredients, the company is looking to extend its capabilities for biotech solutions in food. Novozymes recently consolidated its food enzyme business in Europe with Fiske, a major ingredient distributor to the food industry. This should open up distribution opportunities for other food enzyme producers such as Dyadic.

## Management

We will not profile the senior members of the Dyadic management team, its board of directors, or its scientific board; public documents do a thorough job of their biographies. What we find impressive about the management team that Mark Emalfarb, Chairman and Chief Executive Officer, has assembled is the quality of the individuals and their loyalty to the company and the technology platform it is building. Several members of the management team came with senior responsibilities from

**Dyadic International, Inc.**                                                                 **Sanders Morris Harris**

high-quality companies/organizations engaged in markets similar to what Dyadic is developing. The company has also put together a quality board of directors, recently adding Robert Shapiro, former Chairman and CEO of Monsanto and Pharmacia. Its Scientific Advisory Board has Dr. Richard Lerner, President of The Scripps Research Institute, as its chairman. Scripps has located a satellite operation in Jupiter, Florida, just a few miles from Dyadic's headquarters. Scripps expects to employ in excess of 500 people at that operation.

Mark Emalfarb, who founded Dyadic in 1979, owns approximately 50% of the company's common stock, directly and indirectly. He has taken the company through several iterations over its life, from providing ingredients used in stone-washing blue jeans to commercialization of specialty enzymes for the textile industry to the development of the C1 Expression System.

## Markets and Products

Dyadic reports its financial reports by two business segments, enzymes and biosciences. DIL has 45 different enzymes it sells to 150 customers in 50 countries. Target markets for the biosciences area include pharmaceuticals, diagnostics, health and beauty aids, and nutraceuticals. In 2004, virtually all of its sales were in the industrial enzymes segment since the biosciences business is in its embryonic stage. Textile products represented greater than 80% of sales in 2004; through the first half of 2005 they were 75% of revenues. We expect textile revenues as a percent of revenue to continue to decline in favor of continued growth in pulp & paper products and animal feed. The textile business will serve as a cash cow to help fund the growth in pulp & paper, animal feed, food, and biosciences.

Textile products come in granular, liquid, and powder and aid in denim finishing such as softening and fading the fabric. The pervasive use of denim in apparel has made this product category, in which Dyadic has historically had a significant market position, sensitive to price competition.

As mentioned above, the pulp & paper market is prime for the use of enzymes in the manufacturing process. According to Industrie Canada 2005, "Pulp & paper is the fastest growing market for industrial enzymatic solutions, with growth anticipated to be 15% per year for the next 10 years in the U.S. alone." The pulp & paper market is one of the few basic materials industries that have not enjoyed a significant profit recovery coming out of the last recession. With substantially higher energy and chemical prices, the industry will need to further ratchet down costs. Dyadic has recently produced efficient and unique patented enzymes with its C1 technology to offer solutions across a major cross section of the pulp & paper manufacturing process. To realize the potential of these products, Dyadic recently added six technical sales individuals to market to domestic paper mills in addition to several who already support the sales effort. Dyadic's recent financial results suggest that the effort is gaining traction.

Dyadic's pulp & paper products cut across various segments of a mill's processes. They include bio-refining (mechanical refining to make paper); bleach boosting (reduces need for bleaching chemical to brighten pulp); de-inking (removes ink and other contaminants in recycled paper processing operations); and water treatment (reduces environmental contaminants in waste water). The advantage to these products when compared to conventional applications, which are primarily chemicals, include: 1) lowering the cost of energy by 20%-60%; 2) improving strength characteristics; 3) reducing wastewater treatment demand; 4) improving paper machine speed; 5) functioning effectively across a broad range of temperatures and pH levels; and 6) reducing chlorine dioxide emissions by 10%-30%.

While there is no official data that has put a value on enzymes sales to the pulp & paper market, it is generally believed to be a market that produces less than $50 million of revenue annually. We estimate DIL will produce revenue of $2.0 million in 2005, up from $1.0 million in 2004. Diversa, a Dyadic competitor, indicates that the pulp & paper industry spends $2 billion a year on bleaching chemicals to process paper. Total chemical usage by the pulp & paper business is likely to be in excess of $8.0 billion. Dyadic believes the addressable market for its enzyme solutions to the bio-refining segment, which is largest of the markets it serves for enzymes to the pulp & paper market, is $1.0 billion (the source of that market size comes from Lockwood Post Paper Loop). Given the low level of penetration for enzyme solutions, we believe substantial opportunity exists for biotechnology solutions in the pulp & paper market. To achieve that potential, pulp & paper mills will need to rethink processes that they have been using for decades.

The food/starch and animal feed markets represents the company's other major market opportunity, although we would believe they might take more time to emerge. Additional new products will need to be developed for both markets to achieve the critical mass needed to support these opportunities. For 2005 we estimate animal feed will generate $1.4 million of revenue, versus $1.0 million in 2004. DIL does not break out its food/starch business; however, we believe it is nominal at this point.

The Biosciences segment is an early stage operation. This segment is conducting research to apply its C1 capabilities to developing promising therapeutic proteins for preclinical and clinical testing. One of the major bottlenecks in drug discovery is the inability to express difficult proteins in sufficient quantity to support further development. DIL will need to do additional research and development before the segment can produce meaningful revenue. This has the potential to be an important contributor in the 2007-2008 time period.

## Financial Review and Outlook

*Overview*
Until Dyadic's $25 million private placement a year ago, the company did not have access to excess levels of capital with

**Dyadic International, Inc.**                                                                                           **Sanders Morris Harris**

which to develop its technology platform and execute its business plan efficiently. In prior capital-raising initiatives, the company raised $6.7 million in August 2004 and $13.6 million in May 2001. The company began developing its C1 capabilities in 1997, a couple of years after it found the fungus that serves as the foundation of its technology platform. Without the luxury of excess capital, the company had to be prudent with the use of its resources. As demonstrated by the lack of goodwill on its balance sheet, DIL developed its C1 technology platform internally. Despite its prudence, the company's spending has been productive as it positions itself to be a major developer and producer of enzymes and other proteins for both industrial and health care applications.

## The Model

Dyadic's long-term business model is driven by product sales, primarily from its C1 technology platform, and research and development and marketing expenses to support the platform. The model should produce free cash flow once the company moves through breakeven, since working capital will be the only financial support the balance sheet will require. Over the past several years, management has spent a considerable amount of time and R&D support to better understand the capabilities of its protein-producing C1 fungus. The culmination of that effort was the company's announcement in May that it completed the genome sequence of the C1 fungus. The genome sequence will help the company accelerate product development for both its industrial enzyme and biosciences business segments and for third-party collaborators. The company expects that this genome sequence information will also allow it to improve its C1 Expression System so it can be utilized to develop and manufacture a wider variety of higher-value enzymes and other proteins for broader markets, including antibodies and other therapeutic proteins.

## Financial Results

### 2004
Last year's revenues of $16.0 million were flat with 2003's despite a weak textile market late in the year, prompted in part by China trade embargos on apparel product. For 2002, revenues were $10.0 million. Strength in the pulp & paper market helped to partially offset the decline in the textile market. We think last year's results were impressive, particularly for the pulp & paper business, where little sales support existed given that the company's liquidity was being strained until it completed the equity offering last fall. The gross margin was 23.3%, versus 24.9% in 2003. The gross margin in 2002 was 20.3%. For the year, DIL lost $5.3 million on the operating line and lost $0.37 on a per-share basis. The company closed out 2004 with a fourth quarter that was the weakest of the year, with the biggest impact coming from the decline in textiles.

### 2005 Year-To-Date
Textiles continue to impact results through the first six months of 2005. Consolidated revenue year-to-date is $7.7 million, compared to $8.4 million in 2004's comparable period. Textiles sales of $5.8 million are down $0.9 million from last year, while pulp & paper sales of $0.76 million are $0.29 million higher than a year ago. The gross margin in the first half, excluding a $0.34 million charge for inventory valuation, compares to 24.2%, versus 25.0% last year. The mix of business, despite the decline in sales, helped stabilize the gross profit margin.

The company's cash flow burn in the second quarter encourages us: it suggests the burn should mitigate over the balance of the year, as management has indicated in its most recent SEC 10Q filing. Through the first six months of 2005, DIL burned $5.8 million from operations and a total of $6.0 million for the period. Second-quarter cash burn was modestly lower than the first quarter, but the burn came at the sake of running down accounts payable and accrued expenses by $1.3 million. Also included in the burn was the expense for the C1 genome sequence (an estimated $0.7 million), added costs of becoming a public company ($0.9 million), and a boost in spending for key sales and financial management personnel.

## The Outlook

### Second-Half 2005 Outlook
Dyadic views itself as an early stage company. It is not giving guidance relative to its outlook, we believe, because start-ups can experience lumpy quarter-to-quarter performance until the business ramps to a sustained rate. With that as a frame of reference, we are expecting a significant improvement in Dyadic's cash burn in the second half of the year relative to its first-half burn on a modestly improving revenue ramp. On the cost side, several of the extraordinary costs associated with R&D expense (genome sequence) and going public (SG&A expense) will not be present in the second half of the year. The absence of these factors and a modest uptick in sales during the second half reduces the cash burn for the second half to $2.8 million from $6.0 million in the first half – a total of $8.8 million for 2005. Management has offered guidance for the year of $10 million -$12 million of cash burn.

Year-over-year, textiles will have their most difficult comparisons. We are also assuming that the textile market bottoms for Dyadic in the third quarter with sales of $2.6 million. The company has fared reasonably well in this market given the lack of sales support for the product category since early this year. We expect the company to add sales support to the business before the end of the year to boost its prospects for this business. As a result, we expect a modest uptick for textiles in the fourth quarter, versus the trough that develops in the third quarter.

Given the surprisingly strong second quarter for pulp & paper ($0.54 million), we are projecting modest increases over for the final quarters of the year relative to that level.

**Dyadic International, Inc.**                                    **Sanders Morris Harris**

For the year, we expect pulp & paper to generate revenue of $2.0 million, up from $1.0 million in 2004. Management added significantly to the sales effort of this market at mid-year. We are assuming a sales cycle of up to one year for the pulp & paper products, despite their attractive performance characteristics. Animal feed is also projected to have a solid second half, but not as strong as pulp & paper. If we had a risk in the second-half revenue outlook, it would be in the company's "other" category. However, pleasant surprises from animal feed and pulp & paper could offset our positive outlook for the "other" category.

The positive outlook for the company's growth markets gives us reason to be optimistic about the final quarter's gross margin assumptions, which rise to 31% and 33%, respectively, from 28%, adjusted for the inventory charge, in the second quarter. We are holding R&D constant with the second quarter for the balance of the year, given that we are not expecting any extraordinary events that could drive it higher – the company is focused more on top-line growth over the next four quarters than on new R&D initiatives. We have boosted SG&A from the second quarter to reflect the increased expense of sales staffing announced at mid-year. Our EPS estimate for the third quarter is a loss of $0.09, compared to a $0.10 loss in the second quarter.

## Outlook 2006/2007

For 2006/2007 we estimate that all markets improve for Dyadic, with pulp & paper leading by growth rate (100% and $2.0 million of incremental sales), but textiles generating more new revenue (+$2.2 million). The gross margin improves by 1,100 basis points, to 37%, due to the favorable pulp & paper markets. We estimate the gross margin on this product category at north of 60%. A robust market for pulp & paper in 2007 moves the gross margin higher by 900 basis points. Our 2006 EPS estimate is a loss of $0.25, versus a loss of $0.42 in 2005. For 2007, our loss per share estimate is a modest $0.05 a share.

The improvement in the cash burn continues through our extended outlook into 2006/2007. Our cash burn estimate for 2006 is $5.0 million, which believe could be conservative. For 2007, our estimate for cash burn approaches breakeven, at $0.7 million. The forecast means DIL finishes with cash of $11.6 million in 2005, $6.3 million in 2006, and $4.9 million in 2007. While the cash position is relative small by most normal characteristics of the biotechnology industry, DIL has managed its cash to the opportunities – an attractive attribute, in our estimation. Longer term, we would expect the company to raise additional capital, particularly if it validates the scale of opportunities that exist for its platform. Absent that possibility, we would not expect the company to raise additional equity capital until 2006/2007.

## Risks to the Outlook

Liquidity is one of the company's major risks. Should its burn rate exceed our expectations, and should DIL not have adequate access to capital, the company will not have the financial capability to support its technology platform, either through R&D or sales support. Another risk is the company's size; it competes with much larger companies with far greater resources. These resources could be used as a strategic advantage against DIL and its technology platform. A slower pace of acceptance of Dyadic's product offerings may also have a detrimental impact on the company's potential. Some of the markets DIL addresses have been slow to accept change as part of their processes. Regulatory risk could also impair Dyadic's ability to bring product to market. The company will soon depend on one contract manufacturer (Poland) for the production of its products compared to several in the past. This may leave it vulnerable to product supply issues. Because the company's technology remains largely under-commercialized, DIL's quarter-to-quarter operations could be lumpy. While there are other potential risks, we view the above risks as the primary ones.

**Dyadic International, Inc.**                                                       **Sanders Morris Harris**

Dyadic International, Inc
Condensed Consolidated Statements of Operations
(Unaudited)

| | | December 2002 | December 2003 | Year 2004 | Year 2005E | Year 2006E | Year 2007E |
|---|---|---|---|---|---|---|---|
| Net sales | $ | 10,026,736 | $ 16,780,147 | $ 16,740,847 | $ 16,262,437 | $ 21,068,000 | $ 31,152,000 |
| International: | | | | | | | |
|   United States | | 7,570,929 | 11,797,545 | 10,531,556 | 10,364,043 | 14,116,000 | 20,248,000 |
|   Asia | | 2,455,807 | 4,982,602 | 6,209,291 | 5,898,394 | 6,952,000 | 10,904,000 |
| | Total | 10,026,736 | 16,780,147 | 16,740,847 | 16,262,437 | 21,068,000 | 31,152,000 |
| | | | | | | | |
| Market Segments | | | | | | | |
|   Textiles | | | 13,906,000 | 13,320,000 | 11,326,000 | 13,560,000 | 16,272,000 |
|   Animal Feed | | | 1,012,000 | 1,017,000 | 1,450,000 | 1,828,000 | 3,020,000 |
|   Pulp & Paper | | | 545,000 | 1,069,000 | 2,004,000 | 4,000,000 | 10,060,000 |
|   Others | | | 1,167,000 | 1,335,000 | 1,407,000 | 1,680,000 | 1,800,000 |
|   Bioscience | | | 150,147 | - | 75,000 | - | - |
| | Total | | 16,780,147 | 16,741,000 | 16,262,000 | 21,068,000 | 31,152,000 |
| | | | | | | | |
| Cost of goods sold | | 7,992,294 | 12,596,925 | 12,832,890 | 11,982,469 | 13,220,170 | 16,822,080 |
| Gross profit | | 2,034,442 | 4,183,222 | 3,907,957 | 4,279,969 | 7,847,830 | 14,329,920 |
| | | | | | | | |
| Expenses: | | | | | | | |
| Research and development | | 3,144,462 | 3,571,242 | 3,621,451 | 4,551,782 | 3,721,130 | 4,300,000 |
| Selling, general and administrative | | 3,561,578 | 4,056,563 | 5,613,675 | 8,402,960 | 9,136,000 | 10,508,000 |
|   Sales & Marketing | | | 1,749,023 | 1,856,710 | | | |
| Total expenses | | 6,706,040 | 7,627,805 | 9,235,126 | 12,954,742 | 12,857,130 | 14,808,000 |
| | | | | | | | |
| Loss from operations | | (4,671,598) | (3,444,583) | (5,327,169) | (8,674,774) | (5,009,300) | (478,080) |
| Other income (expense): | | | | | | | |
| Interest expense | | (205,481) | (3,498,367) | (597,906) | (711,447) | (723,370) | (723,370) |
| Investment (loss) income, net | | 188,648 | 12,593 | 69,011 | 73,257 | 60,000 | 100,000 |
| Minority interest | | (40,371) | (14,297) | (16,987) | (16,571) | (12,000) | (12,000) |
| Foreign currency exchange gains (losses), net | | (93,400) | (236,200) | (213,471) | 149,765 | 100,000 | 100,000 |
| Other (expense) income, net | | 46,120 | 10,576 | 16,654 | (67,299) | - | - |
| Total other expense | | (104,484) | (3,725,695) | (742,699) | (572,295) | (575,370) | (535,370) |
| | | | | | | | |
| Loss before income taxes | | (4,776,082) | (7,170,278) | (6,069,868) | (9,247,069) | (5,584,670) | (1,013,450) |
| Provision for income taxes | | 43,551 | 92,944 | 9,714 | 59,023 | 62,290 | 62,290 |
| Net loss | $ | (4,819,633) | $ (7,263,222) | $ (6,079,582) | (9,306,092) | (5,646,960) | (1,075,740) |
| | | | | | | | |
| Net loss applicable to holders of common stock | $ | (5,656,142) | $ (8,101,207) | $ 4,397,720 | (9,306,092) | (5,646,960) | (1,075,740) |
| | | | | | | | |
| Net loss per common share: | | | | | | | |
| Basic and Diluted | $ | (0.45) | $ (0.65) | $ (0.37) | $ (0.42) | $ (0.25) | $ (0.05) |
| Weighted average common shares outstanding | | | | | | | |
| Basic Shares | | | 12,460,806 | 14,387,533 | | | |
| Diluted Shares | | 12,460,806 | 12,460,806 | 16,324,085 | 22,079,717 | 22,161,958 | 22,161,958 |
| | | | | | | | |
| Gross Profit Margin | | 20.29% | 24.93% | 23.34% | 26.32% | 37.25% | 46.00% |
| R&D -% of Sales | | 31.36% | 21.28% | 21.63% | 27.99% | 17.66% | 13.80% |
| SG&A -% of Sales | | 35.52% | 24.17% | 33.53% | 51.67% | 43.36% | 33.73% |
| Operating Margin | | -46.59% | -20.53% | -31.82% | -53.34% | -23.78% | -1.53% |

**Dyadic International, Inc.**                                                                 Sanders Morris Harris

Dyadic International, Inc.
Condensed Consolidated Statements of Operations
(Unaudited)

| | March 2004 | June 2004 | Sept. 2004 | Dec. 2004 | Year 2004 | March 2005A | June 2005A | Sept. 2005E | Dec. 2005E | Year 2005E |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | $ 3,989,875 | $ 4,441,416 | $ 4,513,023 | $ 3,796,533 | $ 16,740,847 | $ 3,734,360 | $ 3,988,077 | $ 4,075,000 | $ 4,465,000 | $ 16,262,437 |
| International: | | | | | | | | | | |
| United States | 2,628,207 | 2,779,664 | 2,884,512 | 2,239,173 | 10,531,556 | 2,390,543 | 2,513,500 | 2,595,000 | 2,865,000 | 10,364,043 |
| Asia | 1,361,667 | 1,661,752 | 1,628,512 | 1,557,360 | 6,209,291 | 1,343,817 | 1,474,577 | 1,480,000 | 1,600,000 | 5,898,394 |
| Total | 3,989,874 | 4,441,416 | 4,513,024 | 3,796,533 | 16,740,847 | 3,734,360 | 3,988,077 | 4,075,000 | 4,465,000 | 16,262,437 |
| Market Segments | | | | | | | | | | |
| Textiles | 3,103,000 | 3,644,000 | NA | NA | 13,320,000 | 3,074,000 | 2,752,000 | 2,650,000 | 2,850,000 | 11,326,000 |
| Animal Feed | 274,000 | 341,000 | NA | NA | 1,017,000 | 188,000 | 362,000 | 425,000 | 475,000 | 1,450,000 |
| Pulp & Paper | 187,000 | 290,000 | NA | NA | 1,069,000 | 228,000 | 536,000 | 600,000 | 640,000 | 2,004,000 |
| Others | 426,000 | 166,000 | NA | NA | 1,335,000 | 244,000 | 263,000 | 400,000 | 500,000 | 1,407,000 |
| Bioscience | - | - | NA | NA | - | - | 75,000 | - | - | 75,000 |
| Total | 3,990,000 | 4,441,000 | NA | NA | 16,741,000 | 3,734,000 | 3,988,000 | 4,075,000 | 4,465,000 | 16,262,000 |
| Cost of goods sold | 2,953,538 | 3,368,619 | 3,496,810 | 3,013,923 | 12,833,890 | 2,984,756 | 3,210,890 | 2,801,970 | 2,984,853 | 11,982,469 |
| Gross profit | 1,036,337 | 1,072,797 | 1,016,213 | 782,610 | 3,907,957 | 749,604 | 777,187 | 1,273,030 | 1,480,148 | 4,279,969 |
| Expenses: | | | | | | | | | | |
| Research and development | 850,383 | 857,355 | 825,793 | 1,087,920 | 3,621,451 | 1,718,396 | 972,821 | 925,315 | 935,250 | 4,551,782 |
| Selling, general and administrative | 976,331 | 1,077,066 | 1,376,134 | 2,184,144 | 5,613,675 | 1,868,363 | 2,035,232 | 2,215,345 | 2,284,020 | 8,402,960 |
| Sales & Marketing | | | | | 1,856,710 | | | | | |
| Total expenses | 1,826,714 | 1,934,421 | 2,201,927 | 3,272,064 | 9,235,126 | 3,586,759 | 3,008,053 | 3,140,660 | 3,219,270 | 12,954,742 |
| Loss from operations | (790,377) | (861,624) | (1,185,714) | (2,489,454) | (5,327,169) | (2,837,155) | (2,230,866) | (1,867,630) | (1,739,123) | (8,674,774) |
| Other income (expense): | | | | | | | | | | |
| interest expense | (101,753) | (121,921) | (123,412) | (259,820) | (597,906) | (173,402) | (176,360) | (180,350) | (181,335) | (711,447) |
| Investment (loss) income, net | 1,336 | 401 | 839 | 66,435 | 69,011 | (71,259) | 94,516 | 25,090 | 25,000 | 73,257 |
| Minority interest | (20,242) | (26,233) | (20,613) | 50,101 | (16,987) | (7,424) | (3,147) | (3,000) | (3,000) | (16,571) |
| Foreign currency exchange gains (losses), net | (51,720) | (79,541) | 78,509 | (157,719) | (213,471) | 61,262 | 38,503 | 25,000 | 25,000 | 149,765 |
| Other (expense) income, net | 1,508 | 9,004 | 7,475 | (1,333) | 16,654 | (68,010) | 711 | 0 | 0 | (67,299) |
| Total other expense | (173,871) | (218,290) | (57,202) | (293,336) | (742,699) | (258,833) | (45,777) | (133,350) | (134,335) | (572,295) |
| Loss before income taxes | (964,248) | (1,079,914) | (1,242,916) | (2,782,790) | (6,069,868) | (3,095,988) | (2,276,643) | (2,000,980) | (1,873,458) | (9,247,069) |
| Provision for income taxes | 26,256 | 30,702 | 28,529 | (75,773) | 9,714 | 12,307 | 15,571 | 15,572 | 15,573 | 59,023 |
| Net loss | $ (990,504) | $ (1,110,616) | $ (1,271,445) | $ (2,707,017) | $ (6,079,582) | $ (3,108,295) | $ (2,292,214) | $ (2,016,552) | $ (1,889,031) | $ (9,306,092) |
| Net loss applicable to holders of common stock | $ (1,198,897) | $ 9,575,079 | | | $ 4,397,720 | $ (3,108,295) | $ (2,292,214) | $ (2,016,552) | $ (1,889,031) | $ (9,306,092) |
| Net loss per common share: | | | | | | | | | | |
| Basic and Diluted | $ (0.10) | $ (0.07) | | | $ (0.37) | $ (0.14) | $ (0.10) | $ (0.09) | $ (0.09) | $ (0.42) |
| Weighted average common shares outstanding: | | | | | | | | | | |
| Basic Shares | 12,460,806 | 14,893,072 | | | 14,387,533 | 21,934,583 | 22,060,371 | 22,124,346 | 22,199,569 | 22,079,717 |
| Diluted Shares | | | | | 16,324,085 | | | | | |
| Gross Profit Margin | 25.97% | 24.15% | 22.52% | 20.61% | 23.34% | 20.07% | 19.49% | 31.24% | 33.15% | 26.32% |
| R&D - % of Sales | 21.31% | 19.30% | 18.30% | 28.66% | 21.63% | 46.02% | 24.39% | 22.71% | 20.95% | 27.99% |
| SG&A - % of Sales | 24.47% | 24.25% | 30.49% | 57.53% | 33.53% | 50.03% | 51.03% | 54.36% | 51.15% | 51.67% |
| Operating Margin | -19.81% | -19.40% | -26.27% | -65.57% | -31.82% | -75.97% | -55.94% | -45.83% | -38.95% | -53.34% |

**Dyadic International, Inc.**  

Sanders Morris Harris

Dyadic International, Inc.
Condensed Consolidated Statements of Cash Flows
(Unaudited)

| | Dec. 2002 | Dec. 2003 | Dec. 2004 | March 2005 | June 2005 | Sept. 2005 | Dec. 2005 | Dec. 2006 | Dec. 2007 |
|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | |
| Net loss | $ (4,819,633) | $ (7,263,222) | $ (6,079,581) | $ (3,108,295) | $ (5,400,508) | $ (7,417,060) | $ (9,306,091) | $ (5,646,960) | $ (1,075,740) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | | | | | |
| Depreciation and amortization of fixed assets | 94,673 | 486,628 | 496,556 | 120,954 | 245,152 | 373,602 | 500,952 | 128,000 | 131,000 |
| Amortization of intangible and other assets | 90,112 | 90,132 | 90,132 | 22,533 | 45,066 | 65,821 | 71,090 | 31,000 | 40,000 |
| Amortization of costs related to modification of notes payable to stockholder | | | 155,013 | 92,785 | 185,569 | 274,585 | 324,675 | 360,000 | 360,000 |
| Amortization of debt issuance costs on warrant | | 3,195,000 | | | | | | | |
| Minority interest | 40,371 | 14,297 | 16,987 | 7,424 | 10,571 | | | | |
| Provision for doubtful accounts | 35,340 | 184,809 | 133,431 | 7,200 | 93,632 | 168,632 | 243,632 | 350,000 | 350,000 |
| Share in loss of unconsolidated affiliate | (81,927) | | | | | | | | |
| Loss on disposal of fixed assets | | | | 3,740 | 2,448 | 2,448 | 2,448 | | |
| Stock issued for consulting services | | | | | 49,761 | 49,761 | 49,761 | | |
| Compensation expense on non-employee stock options | 75,296 | 55,348 | 318,485 | 7,680 | 20,821 | 23,321 | 25,821 | 10,000 | 10,000 |
| Changes in operating assets and liabilities: | | | | | | | | | |
| Accounts receivable | (624,696) | (736,849) | 176,853 | 1,036 | 178,696 | 159,100 | (101,025) | (1,207,125) | (1,922,467) |
| Inventory | 224,562 | (856,492) | (2,090,823) | (105,036) | 150,517 | 645,872 | 926,598 | 389,635 | (515,200) |
| Prepaid expenses and other current assets | 38,348 | 31,511 | (545,036) | 117,226 | 85,685 | 97,539 | 77,799 | (159,910) | (289,920) |
| Other assets | (11,350) | (85,359) | 27,481 | (952) | (3,463) | (3,463) | (3,463) | (3,463) | |
| Accounts payable | 299,944 | 611,115 | 471,172 | (29,293) | (1,192,908) | (1,223,726) | (1,109,956) | 520,785 | 1,176,063 |
| Accrued expenses | (116,063) | 204,062 | (487,476) | (28,057) | (144,894) | (136,543) | (38,778) | 355,635 | 817,175 |
| Accrued interest payable to stockholders | | | 56,148 | (45,611) | (43,037) | (41,379) | (45,610) | (12,094) | (14,500) |
| Deferred revenue | | 45,756 | 29,244 | | (75,000) | (75,000) | (75,000) | | |
| Income taxes payable | (172,409) | 4,300 | 2,703 | (2,703) | 29,216 | 29,216 | 29,216 | | |
| Investment in & advances to unconsolidated affiliate | | | | | | | | | |
| Other liabilities | | | 35,813 | (1,358) | (1,358) | (1,358) | (1,358) | | |
| Total adjustments | (107,799) | 2,254,256 | 162,695 | 166,908 | (363,528) | 416,999 | 887,473 | 765,926 | 142,151 |
| Net cash used in operating activities | (4,927,432) | (4,008,966) | (5,916,889) | (2,941,387) | (5,764,036) | (7,000,061) | (8,418,618) | (4,881,034) | (933,589) |
| **Investing activities** | | | | | | | | | |
| Purchases of property and equipment | (1,217,859) | (109,593) | (101,379) | (34,455) | (202,551) | (337,010) | (468,315) | (150,000) | 185,200 |
| Investment in Unconsolidated affiliate | (70,000) | (30,000) | | | | | | | |
| Cash from consolidation of affiliate | 9,675 | | | | | | | | |
| Net cash used in investing activities | (1,278,184) | (139,593) | (101,379) | (34,455) | (202,551) | (337,010) | (468,315) | (150,000) | 185,200 |
| **Financing activities** | | | | | | | | | |
| Repayment of note payable to bank | (336,679) | (245,222) | | | | | | | |
| Proceeds from sale of common stock, net of issuance costs | | 3,600,000 | 27,392,830 | | | 64,006 | 153,629 | 29,820 | 30,000 |
| Repayment of notes payable to stockholders | | | (103,625) | | | | | | |
| Repayment of other notes payable | | (9,029) | (909,849) | | | | | | |
| Payment for redemption of Redeemable Series A Convertible stock | | | (1,500,000) | | | | | | |
| Payment for issuance costs related to private offering | | | | (97,764) | (97,764) | (97,764) | (97,764) | | |
| Net cash used in financing activities | (336,679) | 2,745,749 | 24,879,356 | (97,764) | (97,764) | (33,758) | 55,865 | 29,820 | 30,000 |
| Net decrease in cash and cash equivalents | (6,542,295) | (1,402,810) | 18,861,088 | (3,073,606) | (6,064,351) | (7,370,829) | (8,831,068) | (5,001,214) | (718,389) |

Page   10

**Dyadic International, Inc.**  Sanders Morris Harris

Dyadic International, Inc.
Condensed Consolidated Balance Sheet
(Unaudited)

| | Dec-03 | Sep-04 | Dec-04 | Mar-05 | Jun-05 | Sep-05E | Dec-05E | Dec-06E | Dec-07E |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| **Current assets:** | | | | | | | | | |
| Cash and cash equivalents | $ 1,649,562 | $ 1,753,199 | $ 20,510,650 | $ 17,437,044 | $ 14,446,299 | $ 13,140,150 | $ 11,640,791 | $ 6,324,452 | $ 4,908,105 |
| Accounts receivable, net of allowance for uncollectible accounts of $462,964 | 3,688,366 | 3,794,929 | 3,078,082 | 3,069,846 | 2,805,754 | 2,750,350 | 2,935,475 | 1,792,600 | 5,365,067 |
| Inventory | 4,551,210 | 5,985,242 | 6,642,033 | 6,747,069 | 6,491,516 | 5,996,161 | 5,715,435 | 5,325,800 | 5,841,000 |
| Prepaid expenses and other current assets | 281,113 | 927,088 | 826,149 | 744,183 | 757,206 | 745,350 | 765,090 | 925,000 | 1,214,920 |
| Total current assets | 10,170,251 | 12,460,458 | 31,056,914 | 27,998,142 | 24,500,775 | 22,632,011 | 21,056,791 | 16,367,852 | 17,329,090 |
| Fixed assets, net | 1,196,944 | 875,723 | 801,767 | 715,268 | 1,619,066 | 1,625,075 | 1,629,030 | 1,651,280 | 1,705,480 |
| Intangible assets, net | 252,431 | 213,335 | 200,303 | 187,271 | 174,239 | 161,215 | 148,215 | 98,215 | 58,215 |
| Goodwill | 467,821 | 467,821 | 467,821 | 467,821 | 467,821 | 467,821 | 467,821 | 467,821 | 467,821 |
| Other assets | 261,106 | 561,089 | 195,621 | 187,072 | 180,081 | 174,350 | 180,081 | 182,350 | 186,490 |
| Total assets | $ 12,348,553 | $ 14,578,426 | $ 32,722,426 | $ 29,555,574 | $ 26,941,982 | $ 25,060,472 | $ 23,481,938 | $ 18,767,518 | $ 19,747,096 |
| **Liabilities and stockholders' equity** | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | |
| Accounts payable | $ 2,487,562 | $ 4,503,502 | $ 2,958,734 | $ 2,929,441 | $ 1,766,313 | $ 1,735,495 | $ 1,849,365 | $ 2,370,150 | $ 2,548,215 |
| Accrued expenses | 1,265,165 | 1,090,762 | 1,531,656 | 1,405,235 | 1,288,999 | 1,297,350 | 1,395,115 | 1,750,750 | 2,567,925 |
| Accrued interest payable to stockholders | - | - | 107,705 | 62,094 | 64,667 | 66,325 | 62,094 | 50,000 | 50,000 |
| Current portion of notes payable to stockholders/Others | 333,938 | 222,232 | 171,985 | 171,986 | 171,986 | 171,986 | 171,986 | 172,000 | 172,000 |
| Deferred revenue | 45,756 | | 75,080 | 75,080 | - | - | - | - | - |
| Income taxes payable | 9,046 | 91,967 | 12,809 | 10,046 | 42,025 | 42,025 | 2,000 | 15,000 | 40,000 |
| Total current liabilities | 4,141,467 | 5,908,463 | 4,857,889 | 4,653,802 | 3,333,990 | 3,313,181 | 3,480,560 | 4,357,990 | 6,378,138 |
| **Long-term liabilities:** | | | | | | | | | |
| Notes payable to stockholders, including accrued interest, net of current portion | 5,874,162 | 6,103,350 | 3,260,541 | 3,353,325 | 3,446,109 | 3,535,125 | 3,585,215 | 3,600,000 | 3,600,000 |
| Other liabilities | - | - | 35,813 | 34,455 | 34,455 | 34,455 | 34,455 | 36,000 | 41,000 |
| Minority interest | 82,180 | 149,268 | 99,167 | 106,591 | 109,737 | 112,545 | 115,950 | 125,000 | 140,000 |
| Total long-term liabilities | 5,956,342 | 6,252,618 | 3,395,521 | 3,494,371 | 3,590,301 | 3,682,125 | 3,735,620 | 3,761,000 | 2,781,000 |
| Total liabilities | 10,097,809 | 12,161,081 | 8,253,410 | 8,148,173 | 6,924,291 | 6,995,306 | 7,216,180 | 8,118,990 | 10,159,138 |
| **Stockholders' equity:** | | | | | | | | | |
| Preferred stock, $.0001 par value: | 11,977,302 | | | | | | | | |
| Authorized shares – 5,000,000; none issued and outstanding | | - | - | - | - | - | - | - | - |
| Common stock, $.001 par value. | | | | | | | | | |
| Authorized shares – 100,000,000: issued and outstanding – 21,940,805 | 12,461 | 13,934 | 21,931 | 21,941 | 22,251 | 22,272 | 22,295 | 22,315 | 22,395 |
| Additional paid-in capital | 7,557,209 | 23,439,541 | 48,402,732 | 48,449,401 | 49,351,594 | 49,415,600 | 49,505,200 | 49,535,000 | 49,550,000 |
| Notes receivable from exercise of stock options | (250,000) | (250,000) | (462,500) | (462,500) | (462,500) | (462,500) | (462,500) | (462,500) | (462,500) |
| Accumulated deficit | (17,046,228) | (20,786,130) | (23,495,147) | (26,601,441) | (28,893,654) | (30,910,206) | (32,799,237) | (38,446,197) | (39,521,937) |
| Total stockholders' equity | (9,726,558) | 2,417,345 | 24,469,016 | 21,407,401 | 20,017,691 | 18,065,166 | 16,265,758 | 10,648,618 | 9,587,958 |
| Total liabilities and stockholders' equity | $ 12,348,553 | $ 14,578,426 | $ 32,722,426 | $ 29,555,574 | $ 26,941,982 | $ 25,060,472 | $ 23,481,938 | $ 18,767,518 | $ 19,747,096 |

Page 11

**Dyadic International, Inc.**                                                    **Sanders Morris Harris**

**Important Investment Banking Disclosures:**
Dyadic Intl. (DIL): Sanders Morris Harris has received compensation related to investment banking services within the past 12 months. Sanders Morris Harris facilitated a private placement of this company within the past 12 months.

**Public Companies Mentioned in This Report:**
Diversa Corp. (DVSA/NASDAQ-$4.89); Not Rated
Monsanto Co. (MON/NYSE-$59.80); Not Rated
Novozymes A/S (NVZMF/NBB-$52.75); Not Rated

**Generalist Universe (as of June 30, 2005)**

| Recommendation | Count | Percent | Inv. Banking Relationship | Count | Percent |
|---|---|---|---|---|---|
| Strong Buy | 0 | 0.0% | Strong Buy | 0 | 0.0% |
| Buy/Outperform | 8 | 88.9% | Buy/Outperform | 1 | 100.0% |
| Hold | 1 | 11.1% | Hold | 0 | 0.0% |
| Sell/Underperform | 0 | 0.0% | Sell/Underperform | 0 | 0.0% |

**SMH Firm Rating Distribution (as of June 30, 2005)**

| Recommendations | Count | Percent | Inv. Banking Relationship | Count | Percent |
|---|---|---|---|---|---|
| Strong Buy | 11 | 10.8% | Strong Buy | 1 | 0.0% |
| Buy/Outperform | 46 | 45.1% | Buy/Outperform | 6 | 87.5% |
| Hold | 45 | 44.1% | Hold | 4 | 12.5% |
| Sell/Underperform | 0 | 0.0% | Sell/Underperform | 0 | 0.0% |

Sanders Morris Harris revised its Ratings System effective January 1, 2003, eliminating both the "Speculative Buy" (Spec B) and "Accumulate" (A) ratings

Investors should assume that Sanders Morris Harris is seeking, or will seek, investment banking or other services from the covered companies

The analyst(s) responsible for preparing this research received compensation that is based on various factors, including SMH's total revenues, a portion of which is generated by SMH's investment banking activities.

Analyst Certification: The Sanders Morris Harris analyst(s) whose name(s) appears on the front page of this research report hereby certifies that the recommendations and opinions expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issues discussed herein. Furthermore, no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst(s) in this research report

Employees of Sanders Morris Harris not involved in the preparation of this report may have investments in securities or derivatives of securities of companies mentioned in this report, and may buy, sell, or trade them in ways different from, or in a manner inconsistent with, those discussed in this report

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it

Sanders Morris Harris Group's Ratings are defined as follows: Strong Buy: We anticipate 20% plus price upside over the next six months. Buy/Outperform: We anticipate 10%-20% price upside over the next 12 months. Hold: We believe the stock is fairly valued at current levels. Sell/Underperform: We anticipate the stock price will decline from current levels over the next 12 months. Because of market volatility, our six-month and 12-mont price targets may temporarily vary from the above percentages

The methods used by SMH to determine the price target for this security, along with the risks, are detailed within this report

©Copyright 2005 Sanders Morris Harris Group. The study herein is not a complete analysis of every material fact respecting any company, industry, or security. The opinions expressed here reflect the judgment of the author at this date and are subject to change. Facts have been obtained from sources considered to be reliable, but are not guaranteed. Sanders Morris Harris, its officers, directors, and/or employees may have an interest in the securities of the issue(s) described herein and may purchase, sell, trade or act as market maker while this report is in circulation

600 Travis • Suite 3100 • Houston, Texas 77002 • (713) 250-4263



# SANDERS MORRIS HARRIS
## Institutional Equity Sales & Trading

**Tom Juda - (213) 253-2207**
*President Institutional Equity Sales & Trading Division*

## INSTITUTIONAL SALES

Lance Clemons — (213) 253-2230
*Senior Vice President  Co-Manager*

Peter K. Bokach — (213) 253-2237
*Institutional Equity Sales*

Kevin M  Cotter — (212) 419-3907
*Vice President*

W  Bradley Deason — (713) 250-4238
*Vice President*

Thierry Desgranges — (212) 419-3995
*Vice President*

David A  Giannini  CFA — (713) 220-5113
*Senior Vice President*

Jason Ginder — (212) 419-3995
*Senior Vice President*

Madeline Joyce — (212) 419-3905
*Senior Vice President*

William McMackin — (713) 220-5145
*Vice President*

Pat O'Malley — (213) 253-2234
*Senior Vice President*

John Peyton — (212) 419-3998
*Vice President*

Ed Ruelas — (213) 253-2235
*Senior Vice President*

Cynthia Whitney — (212) 419-3944
*Senior Vice President*

## HOUSTON TRADING — (800) 423-9657 / 4242/4247

Bret D  Sanders — (713) 250-4246/4286
*Manager  NASDAQ Trading*

Lori Bennett — (713) 250-4247
*VP-Institutional Trading*

Brit King — (713) 220-5167
*VP-Equity Trader*

Debbie Ellis — (713) 250-4249
*Trading Assistant*

Sandra Keney — (713) 250-4245
*Trading Assistant*

## NEW YORK TRADING — (866) 859-8083 / (212) 419-3996

Dennis Sweeney — (212) 419-3996
*VP-Institutional Trading*

## LOS ANGELES TRADING — (800) 421-0658

Bob Clifford — (213) 253-2201
*Senior Vice President*

Dawnelle Davis — (213) 253-2202
*Senior Vice President*

Brian Dooley — (213) 253-2203
*Senior Vice President*

Ryan Fisher — (213)253-2219
*OTC Trading Assistant*

John G  Gatsis — (213) 253-2214
*Trading Clerk*

Les Hankinson — (213) 253-2231
*Administrative Assistant*

Randy Hayashi — (213) 253-2204
*Institutional Trader*

Martha Hernandez — (213) 253-2205
*Wire Operator*

Craig Juda — (213) 253-2206
*Vice President*

Tom Juda  Jr — (213) 253-2208
*Trading Clerk*

Jeff Mann — (213) 253-2209
*Trading Clerk*

Arnold Palmer — (213) 253-2210
*Senior Vice President*

Dan Palmer — (213) 253-2211
*Vice President*

Edward L  Polite — (213) 253-2217
*Vice President*

Mark Rice — (213) 253-2212
*Senior Vice President*

Bryant Saydah — (213) 253-2220
*OTC Trader*

Rose Wayne — (213) 253-2213
*Branch Manager*



## SANDERS MORRIS HARRIS
### Institutional Equity Research

---

### Research

| | |
|---|---|
| William C  Conroy  CFA | (713) 220-5109 |
| *Director of Research* | |
| | |
| Karen D B  Kane | (713) 250-4223 |
| *Vice President/Research Editor* | |

### Energy

**Exploration & Production**

| | |
|---|---|
| Irene O  Haas | (713) 250-4235 |
| *Senior Vice President* | |
| | |
| Stephanie Joe | (713) 220-5139 |
| *Assistant Vice President* | |

**Master Limited Partnerships**

| | |
|---|---|
| Robert L  Lane | (713) 250-4210 |
| *Vice President* | |

### Entertainment & Media

| | |
|---|---|
| David Miller | (213) 253-2278 |
| *Senior Vice President* | |

### Financial Services

| | |
|---|---|
| Campbell Chaney  CFA | (415) 397-1265 |
| *Senior Vice President* | |

---

### Research Continued
**Generalist**

| | |
|---|---|
| David Yuschak  CFA | (214) 750-2419 |
| *Senior Vice President* | |
| | |
| William W  Hamilton  CFA | (713) 220-5107 |
| *Vice President* | |

### Specialty Retail

| | |
|---|---|
| Elizabeth O  Pierce  CFA | (213) 253-2241 |
| *Senior Vice President* | |
| | |
| Jennifer Davis | (213) 253-2281 |
| *Research Associate* | |

### Technology

**Semiconductor and Related**

| | |
|---|---|
| William C  Conroy  CFA | (713) 220-5109 |
| *Director of Research* | |
| | |
| Kin Ngai Chan | (213) 253-2280 |
| *Assistant Vice President* | |

**Satellite Technology & Broadcast Media**

| | |
|---|---|
| Steve Mather | (213) 253-2277 |
| *Vice President* | |

**Telecomm Equipment**

| | |
|---|---|
| Natarajan  Subu  Subrahmanyan  CFA | (415) 397-1439 |
| *Senior Vice President* | |
| | |
| Jagjit Sahota | (415) 397-1262 |
| *Assistant Vice President* | |

---

### Administrative Support

| | |
|---|---|
| Rosy Dana  Houston | (713) 220-5119 |
| *Senior Research Assistant* | |
| | |
| Frances Flores  Los Angeles | (213) 253-2276 |
| *Sales Assistant* | |
| | |
| Angelina Iannuzzi  New York | (212) 419-3924 |
| *Sales Assistant* | |
| | |
| Annette Latigue  Houston | (713) 220-5142 |
| *Registered Sales Assistant* | |
| | |
| Nicole Mahoney  Los Angeles | (213) 253-2236 |
| *Research Assistant* | |
| | |
| Rosa Mendoza  Los Angeles | (213) 253-2233 |
| *Sales Assistant* | |
| | |
| Pamela Williams  Houston | (713) 250-4209 |
| *Senior Research Assistant* | |