UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MICHAEL MILLER, individually and on
behalf of all others similarly situated,

Magistrate Judge Snow

    Plaintiffs,

vs.

DYADIC INTERNATIONAL, INC., MARK A.
EMALFARB, STEVEN J. WARNER, HARRY Z.
ROSENGART, RICHARD J. BERMAN, ROBERT
B. SHAPIRO, and GLENN E. NEDWIN,

    Defendants.
_____/

## ORDER DENYING AS MOOT MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court upon the Lead Plaintiff's Motion for Class Certification [DE 214], filed on February 22, 2010. The Court has carefully considered the instant Motion, and is otherwise fully advised in the premises.

Pursuant to the parties' Stipulation of Settlement [DE 225-1], this Court entered an Order [DE 227] granting Lead Plaintiff's Motion for Certification of Settlement Class and Preliminary Approval of Settlement. Therefore, the Lead Plaintiff's prior Motion for Class Certification [DE 214] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Lead Plaintiff's Motion for Class Certification [DE 214] is hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of April, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record